FILED: April 8, 2005

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 03-4172
(CR-02-65-PJM)

———————————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

DAVID C. HUGHES,

                                    Defendant - Appellant,

————————————————

THE OFFICE OF THE FEDERAL PUBLIC DEFENDER,

                                    Amicus Supporting Appellant.

———————————

On Petition for Rehearing En Banc

———————————

        The Government's Petition for Rehearing En Banc filed February 22, 2005, its Motion to Hold in Abeyance All Pending Direct Criminal Appeals Presenting Booker Claims Pending Resolution of the Government's Petition for Rehearing En Banc filed February 22, 2005, and its Petition for Rehearing En Banc filed March 28, 2005, are denied.  No judge has requested a poll of the Court.

        Entered at the direction of Chief Judge Wilkins.

                                    For the Court

                                     /s/ Patricia S. Connor
                                            Clerk